IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDENSE CORP., | No. C 11-04112 SI |
| Plaintiff, | **ORDER VACATING NOVEMBER 18, 2011 MOTION HEARING AND DISMISSING ORIGINAL COMPLAINT AS MOOT** |
| v. | |
| KILOPASS TECHNOLOGY INC., et al., | |
| Defendants. | |

On August 19, 2011 plaintiff filed its original complaint. Defendants filed a motion to dismiss on October 11, 2011. On October 25, 2011, plaintiff filed both an opposition to this motion, as well as a first amended complaint ("FAC"), which included new allegations. Plaintiff's opposition relies heavily on its FAC, as defendants note in their November 1, 2011 reply. On November 8, 2011 defendants filed a motion to dismiss plaintiff's FAC. Because the original complaint is moot in light of the FAC filing, the Court dismisses the original complaint and vacates the motion hearing scheduled for November 18, 2011. The motion hearing set for December 16, 2011 regarding defendants' second motion to dismiss will stay on calendar.

**IT IS SO ORDERED.**

Dated: November 14, 2011

SUSAN ILLSTON
United States District Judge