IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDENSE CORP., | No. C 11-04112 SI |
| Plaintiff, | **ORDER RE: DISCOVER CUTOFF DATE** |
| v. | |
| KILOPASS TECHNOLOGY INC. and CHARLIE CHENG, | |
| Defendants. / | |

This action is related to an earlier action, *Kilopass v. Sidense*, CV 10-2066 SI. Defendants Kilopass and Charlie Cheng filed a motion to modify the fact discovery cutoff date in this action pursuant to Civil Local Rule 6-3. *See* Doc. 21. The cutoff for non-expert discovery was set for December 19, 2011; Kilopass seeks an extension to February 15, 2012. Plaintiff Sidense agrees to the extension, provided that Kilopass not be allowed to depose Sidense's already-noticed witnesses twice (once in each of the related actions). The Court agrees with Sidense that this is a reasonable solution. All witnesses will be presumptively limited to a single deposition; however, if good cause is shown, a second may be allowed, but only through Court order. Therefore, Kilopass' motion is GRANTED IN PART and DENIED IN PART. The cutoff for non-expert discovery is now set for February 15, 2012.

**IT IS SO ORDERED.**

Dated: December 23, 2012

SUSAN ILLSTON
United States District Judge