| | |
|---|---|
| 1 | Rachel Repka (State Bar No. 248331) |
|   | rachel.repka@snrdenton.com |
| 2 | Imran A. Khaliq (CA Bar. No. 232607) |
|   | imran.khaliq@snrdenton.com |
| 3 | **SNR DENTON US LLP** |
|   | 1530 Page Mill Road, Suite 200 |
| 4 | Palo Alto, CA 94304-1125 |
|   | Telephone: (650) 798-0300 |
| 5 | Facsimile: (650) 798-0310 |

Mark L. Hogge (admitted *Pro Hac Vice*)
mark.hogge@snrdenton.com
Shailendra K. Maheshwari *(*admitted *Pro Hac Vice)*
shailendra.maheswari@snrdenton.com
**SNR DENTON US LLP**
1301 K Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 408-6400
Facsimile:  (202) 408-6399

*Attorneys for Defendants*
KILOPASS TECHNOLOGY, INC.
AND CHARLIE CHENG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDENSE CORP., a Canadian Corporation, | Case No. 3:11-cv-04112 SI |
| Plaintiff, | **STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE FOR DEPOSITIONS** |
| v. | |
| KILOPASS TECHNOLOGY, INC., a California Corporation, and CHARLIE CHENG, an individual, | **[Civil Local Rule 6-2]** |
| Defendants. | |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Sidense Corp. ("Sidense") and Defendants Kilopass Technology, Inc. ("Kilopass") and Charlie Cheng ("Cheng") hereby stipulate as follows:

**WHEREAS**, the Corrected Pretrial Preparation Order mandates that the fact discovery cutoff date for both this case and the related action of *Kilopass Technology, Inc. v. Sidense Corp.,*

1  Case No. CV 10-02066 SI to be completed by December 19, 2011 (Dkt. No. 155 of Case No. CV 11-4112 SI) ;

**WHEREAS,** on December 23, 2011, the Court issued an Order extending the fact discovery cutoff date for this case until February 15, 2012 (Dkt. No. 33);

**WHEREAS**, the parties are in the midst of fact discovery and additional time is required to complete the parties' depositions;

**WHEREAS**, this extension of time will not alter the date of any event or deadline already fixed by the Court;

**ACCORDINGLY**, Plaintiff Sidense and Defendants Kilopass and Cheng hereby stipulate to an extension of time to February 29, 2012 for the parties to complete depositions in this lawsuit that are noticed before February 15, 2012.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated:  February 6, 2012

Respectfully submitted,
SNR DENTON US LLP

         /s/ Imran A. Khaliq
Imran A. Khaliq (State Bar No. 232607)
*Attorneys for Defendants*
KILOPASS TECHNOLOGY, INC. and
CHARLIE CHENG

Dated:  February 6, 2012

Respectfully submitted,
KILPATRICK TOWNSEND & STOCKTON LLP

         /s/ Robert D. Tadlock
Robert D. Tadlock
*Attorneys for Plaintiff*
SIDENSE CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____2/6_____, 2011    By: _____[signature]_____
                                          Hon. Susan Illston
                                          United States District Court Judge

STIPULATED REQUEST FOR AN ORDER          2          CASE NO. 3:11-cv-04112 SI
EXTENDING DEADLINE FOR DEPOSITIONS
14993728\V-2

### CERTIFICATION PURSUANT TO GENERAL RULE NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages.

Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Executed this 6th day of February 2012 at Palo Alto, California.

SNR DENTON US LLP

/s/ *Imran A. Khaliq*
Imran A. Khaliq (State Bar No. 232607)
*Attorneys for Defendants*
KILOPASS TECHNOLOGY, INC. and
CHARLIE CHENG

**CERTIFICATE OF SERVICE**

I, Terri Nicol, hereby declare:

I am employed in the City and County of Palo Alto, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is SNR Denton US LLP, 1530 Page Mill Road, Suite 200, Palo Alto, California 94304.

On February 6, 2012, the following documents, described as:

**STIPULATED REQUEST FOR AN ORDER EXTENDING
DEADLINE FOR DEPOSITION DISCOVERY**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury that the above is true and correct. Executed at Palo Alto, California, on February 6, 2012, in Palo Alto, California.

        /s/ *Terri Nicol*        
           Terri Nicol