```
KILPATRICK TOWNSEND & STOCKTON LLP
ROGER L. COOK (State Bar No. 55208)
ROBERT D. TADLOCK (State Bar No. 238479)
SARA B. GIARDINA (State Bar No. 278954)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: rcook@kilpatricktownsend.com
       rtadlock@kilpatricktownsend.com

ERIC M. HUTCHINS (State Bar No. 245462)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: ehutchins@kilpatricktownsend.com

Attorneys for Plaintiff
SIDENSE CORP.
```

IT IS SO ORDERED
Judge Susan Illston

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDENSE CORP., a Canadian Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KILOPASS TECHNOLOGY INC., a California Corporation and CHARLIE CHENG, an individual,<br><br>Defendants. | Case No. CV11-4112-SI<br><br>**STIPULATED VOLUNTARY DISMISSAL OF ALL CLAIMS**<br><br>Courtroom: 10<br>Judge:   Hon. Susan Illston |

Whereas the Court has issued an Order Granting Defendant's Motion for Summary Judgment of Non-Infringement (Dkt. 272) in the matter of *Kilopass Technology, Inc. v. Sidense Corp.*, No. C 10-02066 SI, thereby adjudicating the patent infringement claim in that action;

Whereas the Court's Order Granting in Part And Denying in Part Defendants' Motion for Summary Judgment (Dkt. 99) in this action has substantially reduced Sidense's potential damages recovery in this action, as Kilopass pointed out at the hearing on September 12, 2012; and



SIDENSE'S VOLUNTARY DISMISSAL OF ALL CLAIMS
CASE NO. CV 11-4112-SI

- 1 -

1   Whereas, because the potential damages recovery is now relatively small, compared to the
2   cost of continuing to prosecute this action, Sidense wishes to dismiss this action, with prejudice,
3   pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii);
4   Now, therefore, the parties hereby stipulate to dismissal of this action WITH PREJUDICE,
5   pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii). Each party shall bear its own costs and
6   attorney fees.

7

8   SO STIPULATED:

9

10  September 18, 2012                SIDENSE CORP.

11

12                                    By _____
                                      Xerxes Wania
13                                    Chief Executive Officer
                                      Sidense Corp.
14

15

16  September ____, 2012              KILOPASS TECHNOLOGY, INC.

17

18                                    By _____
                                      Charlie Cheng
19                                    Chief Executive Officer
                                      Kilopass Technology, Inc.
20

21

22  September ____, 2012              CHARLIE CHENG, AN INDIVIDUAL

23

24                                    By _____
                                      Charlie Cheng
25

26

27

28



SIDENSE'S VOLUNTARY DISMISSAL OF ALL CLAIMS                                -2-
CASE NO. CV 11-4112-SI

1  Whereas, because the potential damages recovery is now relatively small, compared to the
2  cost of continuing to prosecute this action, Sidense wishes to dismiss this action, with prejudice,
3  pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii);
4  Now, therefore, the parties hereby stipulate to dismissal of this action WITH PREJUDICE,
5  pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii). Each party shall bear its own costs and
6  attorney fees.

8  SO STIPULATED:

10  September ____, 2012                SIDENSE CORP.

12                                      By _____
13                                      Xerxes Wania
                                        Chief Executive Officer
14                                      Sidense Corp.

16  September _18_, 2012                KILOPASS TECHNOLOGY, INC.

18                                      By _____
19                                      Charlie Cheng
                                        Chief Executive Officer
20                                      Kilopass Technology, Inc.

22  September _18_, 2012                CHARLIE CHENG, AN INDIVIDUAL

24                                      By _____
25                                      Charlie Cheng



SIDENSE'S VOLUNTARY DISMISSAL OF ALL CLAIMS
CASE NO. CV 11-4112-SI                                                                -2-

- 3 -

READ AND APPROVED:

September 18, 2012    KILPATRICK TOWNSEND & STOCKTON LLP

By: *Roger Cook* (signature)

Roger L. Cook
Attorneys for Plaintiff
SIDENSE CORP.

September ___, 2012    SNR DENTON LLP

By: _____
Mark L Hogge
Rachel Repka
Attorneys for Defendants
Kilopass technology, Inc., and
Charlie Cheng



SIDENSE'S VOLUNTARY DISMISSAL OF ALL CLAIMS
CASE NO. CV 11-4112-SI

| | |
|---|---|
| 1 | READ AND APPROVED: |
| 2 | September ___, 2012       KILPATRICK TOWNSEND & STOCKTON LLP |
| 5 | By: _____ |
| 6 | Roger L. Cook<br>Attorneys for Plaintiff<br>SIDENSE CORP. |
| 9 | September ___, 2012       SNR DENTON LLP |
| 11 | By: _____ |
| 12 | Mark L Hogge<br>Rachel Repka<br>Attorneys for Defendants<br>Kilopass technology, Inc., and<br>Charlie Cheng |



SIDENSE'S VOLUNTARY DISMISSAL OF ALL CLAIMS
CASE NO. CV 11-4112-SI

- 3 -